IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:07CR19 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | TRIAL ORDER |
| MARIANO SICAROS-QUINTERO, ) | |
| ) | |
| Defendant. ) | |

Before the court is defendant's Motion to Continue and Set Trial Date [126] and attached speedy trial waiver. The government has no objection. Good cause being shown, the motion will be granted and the trial will be continued.

**IT IS ORDERED:**

1. The defendant's Motion to Continue and Set Trial Date [126] is granted.

2. This case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin Wednesday, **August 1, 2007 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States, Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person.

3. Counsel for the United States shall confer with defense counsel and report to Judge Smith Camp's chambers no later than **July 24, 2007** regarding the anticipated length of trial.

4. In accordance with 18 U.S.C. § 3161(h)(A), I find that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **July 5, 2007 and August 1, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because counsel require more time to effectively prepare the case, taking into account the exercise of due diligence. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED July 5, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge