IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR19** |
| vs. | ) | |
| | ) | **ORDER** |
| **MARIANO SICIAROS-QUINTERO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion to continue the trial currently set for September 18, 2007. The defendant's trial has already been continued on several occasions. Upon review of the motion,

**IT IS ORDERED** that the Motion to Continue Trial [156] is denied. Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) business days after being served with the order.

**DATED August 22, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**