IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR19 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MARIANO SICAROS-QUINTERO, | ) | |
| | ) | |
| Defendant. | ) | |

In the interests of justice,

IT IS ORDERED:

The Defendant's Motion to Extend Time to File Objections to Defendant's Pre-Sentence Investigation Report (Filing No. 195) is granted, and the objections will be considered before sentencing.

DATED this 8th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge