IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR19 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MARIANO SICAROS-QUINTERO, | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion for an extension of time to answer the Defendant's motion filed under 28 U.S.C. § 2255 (Filing No. 232).

IT IS ORDERED:

1. The government's motion for an extension of time (Filing No. 232) is granted;

2. The government must file its Answer on or before November 19, 2009;

3. Defense counsel is advised to cooperate with the government so that it may answer the Defendant's claims; and

4. The Defendant's response must be filed on or before December 18, 2009.

DATED this 4th day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge