IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR19** |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| **MARIANO SICAROS-QUINTERO,** | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 229) is denied in its entirety; and

2. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 12th day of July, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge